UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN VACA, JR., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Case No.  1:24-cv-01468-KES-BAM<br><br>ORDER GRANTING STIPULATION TO EXTEND DATE TO DISMISS OR CONCLUDE ACTION<br><br>(Doc. 17) |

　　　　Plaintiffs filed a notice of settlement of this action on May 28, 2025.  (Doc. 15.) Accordingly, on May 29, 2025, the Court ordered the parties, pursuant to Local Rule 160, to file appropriate papers to dismiss or conclude this action in its entirety no later than June 18, 2025. (Doc. 16.)  On June 20, 2025, the parties filed a stipulation to extend the date to dismiss or conclude this action by sixty (60) days.  (Doc. 17.)  The parties explain that Defendant is still processing the paperwork needed to issue a settlement check, and that Defendant anticipates it will take 60 days to issue payment to Plaintiff.  (*Id.*)

　　　　Having considered the stipulation, and cause appearing, the parties' request for an extension of the date to dismiss or conclude this action is GRANTED.  The parties shall file appropriate papers to dismiss or conclude this action on or before **August 19, 2025**.  Failure to

1

comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* L.R. 160, 272.

IT IS SO ORDERED.

Dated:   **June 26, 2025**          /s/ *Barbara A. McAuliffe*          
                                         UNITED STATES MAGISTRATE JUDGE